```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                           :
LINDA JABREN                               :
                                           :
V.                                         :   CIV. NO. 3:02CV100 (AHN)
                                           :
JOHNSON CONTROLS, INC.                     :
                                           :
                                           :
```

RECOMMENDED RULING MOTION FOR SANCTIONS

Plaintiff's Motion for Sanctions **[Doc. #38]** is **DENIED** without prejudice to refiling after Judge Nevas rules on the motion for summary judgment.

Any objections to this recommended ruling must be filed with the Clerk of the Court within ten (10) days of the receipt of this order. Failure to object within ten (10) days may preclude appellate review. See 28 U.S.C. § 636(b)(1); Rules 72, 6(a) and 6(e) of the Federal Rules of Civil Procedure; Rule 2 of the Local Rules for United States Magistrates; Small v. Secretary of H.H.S., 892 F.2d 15 (2d Cir. 1989)(per curiam); F.D.I.C. v. Hillcrest Assoc., 66 F.3d 566, 569 (2d Cir. 1995).

SO ORDERED at Bridgeport this 17th day of February 2004.

```
                              ___/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```