FILED
2004 FEB 18 P 4: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA JABREN                  :
                              :
V.                            :     CIV. NO. 3:02CV100 (AHN)
                              :
JOHNSON CONTROLS, INC.        :
                              :
                              :

AFTER REVIEW, THE MAGISTRATE JUDGE'S RECOMMENDED RULING IS APPROVED ADOPTED AND RATIFIED.

RECOMMENDED RULING MOTION FOR SANCTIONS

Plaintiff's Motion for Sanctions **[Doc. #38]** is **DENIED** without prejudice to refiling after Judge Nevas rules on the motion for summary judgment.

Any objections to this recommended ruling must be filed with the Clerk of the Court within ten (10) days of the receipt of this Order. Failure to object within ten (10) days may preclude appellate review. See 28 U.S.C. § 636(b)(1); Rules 72, 6(a) and (e) of the Federal Rules of Civil Procedure; Rule 2 of the Local Rules for United States Magistrates; Small v. Secretary of H.H.S., 892 F.2d 15 (2d Cir. 1989)(per curiam); F.D.I.C. v. Hillcrest Assoc., 66 F.3d 566, 569 (2d Cir. 1995).

SO ORDERED at Bridgeport this _17_ day of February 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE