UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA JABREN : | CIVIL ACTION NO. |
|     Plaintiffs, : | 302CV100 (AHN) |
| vs. : | |
| JOHNSON CONTROLS, INC. : | |
|     Defendant. : | |
| : | April 5, 2004 |

**PLAINTIFF'S REQUEST TO RENEW MOTION FOR SANCTIONS**

On August 21, 2003, the Plaintiff filed a motion seeking sanctions against the Defendant in connection with its filing of a motion for summary judgment. The Plaintiff sought sanctions against the Defendant and its legal counsel because the Defendant's motion was utterly without support under existing law, and the Defendant presented no argument for any extension or modification or reversal of that law or for the establishment of new law.

The motion for sanctions was fully briefed by the parties and was transferred to Magistrate Judge Fitzsimmons to be decided. On February 17, 2004, Magistrate Judge Fitzsimmons issued a recommended ruling denying the motion for sanctions without prejudice, pending the Court's ruling on the underlying motion for summary judgment. The recommended ruling was adopted by the Court on March 19, 2004. On March 31, 2004, the Court denied the Defendant's motion for summary judgment in its entirety.

The Plaintiff respectfully requests that she be permitted to renew the August 21, 2003 motion for sanctions and asks the Court to consider the parties' briefs in light of its March 31, 2004 ruling on summary judgment.[1]

                          RESPECTFULLY SUBMITTED

BY: _____
    Peter Goselin ct16074
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly, P.C.
    557 Prospect Avenue
    Hartford, Connecticut 06105

---

[1] As this matter has already been fully briefed, the Court's consideration of the motion for sanctions will cause no delay in the preparation of this matter for trial and will work no prejudice on any party. Per the Court's order, the parties are scheduled to file a Joint Pretrial Memorandum within 45 days of the Court's ruling on summary judgment, or by May 15, 2004.

## CERTIFICATE OF SERVICE

      This certifies that the Plaintiff's Request to Renew Motion For Sanctions has been mailed, first class mail postage pre-paid on this 5th day of April, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510

                                                          Peter Goselin