UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA JABREN<br>Plaintiff, | : CIVIL ACTION NO. 302CV100 AHN<br>: 2004 APR 26  A 9: 22<br>: U.S. DISTRICT COURT<br>: BRIDGEPORT, CONN |
| vs. | : |
| JOHNSON CONTROLS, INC.<br>Defendant, | : April 23, 2004<br>: |

### DEFENDANT'S, JOHNSON CONTROLS, INC., RESPONSE TO PLAINTIFF'S REQUEST TO RENEW MOTION FOR SANCTIONS

Defendant, Johnson Controls, Inc. ("Johnson Controls" or "Defendant"), submits this Response to Plaintiff's, Linda Jabren ("Jabren" or "Plaintiff"), Request to Renew Motion for Sanctions:

The Complaint in this matter was filed on January 17, 2002. Discovery closed on February 14, 2003. Defendant filed its Motion for Summary Judgment on March 15, 2003, to which Plaintiff filed an opposition. On August 21, 2003, Plaintiff filed a Motion for Rule 11 Sanctions, alleging Defendant's Motion for Summary Judgment served no useful purpose in this case. On February 17, 2004, Magistrate Judge Fitzsimmons issued a Recommended Ruling denying the motion for sanctions without prejudice to re-filing after this Court ruled on Defendant's Motion for Summary Judgment. On March 19, 2004, this Court approved and adopted the Magistrate's ruling.

On March 31, 2004, this Court denied Defendant's Motion for Summary Judgment, and Plaintiff subsequently filed a Motion to Renew the Motion for Sanctions on April 5, 2004. Defendant opposes Plaintiff's Motion to Renew her Motion for Sanctions as Defendant's Motion for Summary Judgment was well grounded in both the facts and the law. Defendant continues to rely on the case law articulated in its Response to Plaintiff's Motion for

004427966.1

Sanctions which it filed on September 15, 2003, supporting Defendant's contention that sanctions are unwarranted in this instance.

WHEREFORE, Defendant requests that this Court deny Plaintiff's Request to Renew her Motion for Sanctions, and award Johnson Controls its costs and attorneys fees incurred in responding to the motion, and for such further relief as this Court finds just and reasonable.

Dated: 23rd day of April 2004

Respectfully submitted:

Bradley R. Johnson
Florida Bar No. 0709425
Latasha A. Garrison
Florida Bar No. 0180602
FOLEY & LARDNER LLP
P. O. Box 240
Jacksonville, Florida 32201-0240
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510
Telephone: (904)359-2000
Facsimile: (904)359-8700

Wendi J. Kemp (CT 11185)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

Attorneys for Defendant, Johnson Controls, Inc.

004427966.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant Johnson Control Inc.'s Response to Plaintiff's Request to Renew Motion For Sanctions has been delivered via overnight mail, this 23rd day of April, 2004 to: Peter Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2922.

_____
ATTORNEY

004427966.1