## Utility Events

3:02-cv-00100-AHN Jabren v. Johnson Controls

*Heard*
*6-8-04*

**U.S. District Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Montz, A. entered on 5/21/2004 at 2:29 PM EDT and filed on 5/21/2004

**Case Name:**     Jabren v. Johnson Controls
**Case Number:**   3:02-cv-100
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE TO COUNSEL RE: E-FILE CALENDAR. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE. Rescheduled Telephone Pretrial Conference set for 6/11/2004 10:30 AM before Judge Alan H. Nevas. Call will be initiated by Latasha Garrison to chambers at 203-579-5983. (Montz, A.)

The following document(s) are associated with this transaction:

**3:02-cv-100 Notice will be electronically mailed to:**

Latasha A. Garrison     lgarrison@foley.com,

Peter D. Goselin     pdgoselin@lapm.org,

Bradley R. Johnson     bjohnson@foleylaw.com,

Wendi J. Kemp     wkemp@mccarter.com

Deborah L. McKenna     dlmckenna@lapm.org,

**3:02-cv-100 Notice will not be electronically mailed to:**

Dabney D. Ware
Foley & Lardner
200 Laura Street
Jacksonville, FL 32202

*Alice, please schedule jury selection for week of 9/6/04 + trial for week of 9/13/04 [first date parties available is 9/14/04.]*