UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA JABREN | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 302CV100 (AHN) |
| | : | |
| vs. | : | |
| | : | |
| JOHNSON CONTROLS, INC. | : | |
| Defendant. | : | |
| | : | July 12, 2004 |
| | : | |

## PLAINTIFF'S REQUEST FOR PERMISSION TO WITHDRAW MOTION FOR SANCTIONS

The Plaintiff filed a motion for sanctions against the Defendant in connection with the Defendant's motion for summary judgment, and renewed that motion following the Court's ruling denying the motion for summary judgment.

This matter has been scheduled for trial, with jury selection set for September 10, 2004. In light of the scheduling of this matter for trial, the Plaintiff respectfully requests permission from the Court to withdraw her motion for sanctions.

RESPECTFULLY SUBMITTED

BY: _____

    Peter Goselin ct16074
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly, P.C.
    557 Prospect Avenue
    Hartford, Connecticut 06105

## CERTIFICATE OF SERVICE

      This certifies that the Plaintiff's Request For Permission To Withdraw Motion For Sanctions has been mailed, first class mail postage pre-paid on this 12th day of July, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510

Wedi J. Kemp
McCarter & English LLP
185 Asylum Street
Hartford, CT 06103

                                                                           _____
                                                                           Peter Goselin