

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA JABREN<br>Plaintiffs, | CIVIL ACTION NO.<br>302CV100 (AHN) |
| vs. | |
| JOHNSON CONTROLS, INC.<br>Defendant. | |
| | July 12, 2004 |

## PLAINTIFF'S REQUEST FOR PERMISSION TO WITHDRAW MOTION FOR SANCTIONS

The Plaintiff filed a motion for sanctions against the Defendant in connection with the Defendant's motion for summary judgment, and renewed that motion following the Court's ruling denying the motion for summary judgment. This matter has been scheduled for trial, with jury selection set for September 10, 2004. In light of the scheduling of this matter for trial, the Plaintiff respectfully requests permission from the Court to withdraw her motion for sanctions.

*7/22/2004 GRANTED*
*SO ORDERED ALAN H. NEVAS, U.S.D.J.*

RESPECTFULLY SUBMITTED

BY: _____
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, Connecticut 06105

FILED 2004 JUL 22 1:45 U.S. DISTRICT COURT BRIDGEPORT, CONN

FILED 2004 JUL 13 A 11:36 U.S. DISTRICT COURT BRIDGEPORT, CONN