UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA JABREN : | CIVIL ACTION NO. |
| Plaintiff, : | 302CV100 (AHN) |
| : | |
| v. : | |
| : | |
| JOHNSON CONTROLS, INC. : | |
| Defendant. : | |
| : | August 30, 2004 |

**PLAINTIFF'S LIST OF WITNESSES FOR TRIAL**

Pursuant to the Court's trial preparation order, the Plaintiff provides this list of witnesses that she will or may call at trial:

**Linda Jabren:** The Plaintiff will testify about the circumstances and terms and conditions of her employment by the Defendant, Johnson Controls, Inc. The Plaintiff will testify about her observations of the workplace, her interactions with her co-workers and others, her interactions with the Defendant's supervisors, managers and human resource personnel, and her discipline and termination by the Defendant. The Plaintiff will also testify about her work history and her damages.

**Mike Amenabar:** Mr. Amenabar was the Plaintiff's immediate supervisor during her employment by the Defendant. The Plaintiff will call Mr. Amenabar as a F.R.E. 611(c) witness. Mr. Amenabar about the circumstances and terms and conditions of the Plaintiff's employment by the Defendant. Mr. Amenabar will testify about his observations of the workplace, the Plaintiff's interactions with her co-workers and others, her interactions with the Defendant's supervisors,

managers and human resource personnel, and her discipline and termination by the Defendant.  Mr. Amenabar will testify about the Defendant's policies, procedures, and employment practices.

**Dawn Vernieri:**  Ms. Vernieri was a Human Resources Specialist for the Defendant, during the Plaintiff's employment.  The Plaintiff will call Ms. Vernieri as a F.R.E. 611(c) witness.  Ms. Vernieri will testify about the circumstances and terms and conditions of the Plaintiff's employment by the Defendant.  Ms. Vernieri will testify about her observations of the workplace, the Plaintiff's interactions with her co-workers and others, her interactions with the Defendant's supervisors, managers and human resource personnel, and her discipline and termination by the Defendant.  Ms. Vernieri will testify about the Defendant's policies, procedures, and employment practices.

**Rich Cushing:**  Mr. Cushing was a co-worker of the Plaintiff, employed by the Defendant.  The Plaintiff will call Mr. Cushing as a F.R.E. 611(c) witness.  He will testify about his observations of the workplace, the Plaintiff's interactions with her co-workers and others, his complaints about the Plaintiff to the Defendant, and his conversations about the Plaintiff with his co-workers, his supervisors and managers, and others.

**Tim Atherton:**  Mr. Atherton was a co-worker of the Plaintiff, employed by the Defendant's client, Pfizer.  The Plaintiff will call Mr. Atherton as a F.R.E. 611(c) witness.  He will testify about his observations of the workplace, the Plaintiff's interactions with her co-workers and others, his complaints about the Plaintiff to the Defendant, and his conversations about the Plaintiff with his co-

workers, his supervisors and managers, and others.

**James Nelson:** Mr. Nelson was the Defendant's Facilities Manager during the Plaintiff's employment. The Plaintiff will call Mr. Nelson as a F.R.E. 611(c) witness. Mr. Nelson will testify about the circumstances and terms and conditions of the Plaintiff's employment by the Defendant. Mr. Nelson will testify about his observations of the workplace, the Plaintiff's interactions with her co-workers and others, her interactions with the Defendant's supervisors, managers and human resource personnel, and her discipline and termination by the Defendant. Mr. Nelson will testify about the Defendant's policies, procedures, and employment practices.

**Charles McDougal:** Mr. McDougal was a co-worker of the Plaintiff, employed by the Defendant. The Plaintiff will call Mr. McDougal as a F.R.E. 611(c) witness. He will testify about his observations of the workplace, the Plaintiff's interactions with her co-workers and others, his complaints about the Plaintiff to the Defendant, and his conversations about the Plaintiff with his co-workers, his supervisors and managers, and others.

**Raymond Crouch:** Mr. Crouch was a co-worker of the Plaintiff, employed by the Defendant. He will testify about his observations of the workplace, the Plaintiff's interactions with her co-workers and others, his complaints about the Plaintiff to the Defendant, and his conversations about the Plaintiff with his co-workers, his supervisors and managers, and others.

**Douglass Moffett:**  Mr. Moffett is a friend of the Plaintiff's, and will testify about the Plaintiff's damages.

**Cynthia Brayman:**  Ms. Brayman is the Plaintiff's cousin, and will testify about the Plaintiff's damages.

RESPECTFULLY SUBMITTED

BY:
    Peter Goselin ct#06074
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly, P.C.
    557 Prospect Avenue
    Hartford, Connecticut 06105

**CERTIFICATE OF SERVICE**

    This certifies that the foregoing Plaintiff's List Of Witnesses For Trial has been mailed, first class mail postage pre-paid on this 30th day of August, 2004 to the following


Latasha Garrison
Bradley R. Johnson
Foley & Lardner
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510


                                                Peter Goselin

Case 3:02-cv-00100-AHN    Document 53    Filed 08/31/2004    Page 6 of 6