UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 25 A 9: 24

| | |
|---|---|
| LINDA JABREN<br>    Plaintiff, | CIVIL ACTION NO. 3:02-CV-100-AHN |
| vs. | |
| JOHNSON CONTROLS, INC.<br>    Defendant. | August 23, 2004 |

## DEFENDANTS' PROPOSED VOIR DIRE

1. The Plaintiff in this action is represented by Peter Goselin of Livingston Adler Pulda Meiklejohn & Kelly P.C. Johnson Controls is the Defendant, and is represented by Brad Johnson and Latasha Garrison of the law firm of Foley & Lardner LLP.

    a. Are any of you acquainted with the parties or the attorneys in this case?

    b. Have any of you, members of your family or close friends ever been employed by or sought employment with Johnson Controls?

2. Scheduling:

Are there any of you who find yourselves unable to attend this trial?

3. The witnesses who may testify in this case are:

[THE COURT TO READ FROM THE WITNESS LISTS]

    a. Do any of you know any of the individuals whose names I have just read to you?

4. Will each juror please rise and state name, address, occupation, where employed, length of employment, your job and its duties; together with the occupation of spouse, if married,

1

004.447660.1

and former employment, if retired, number and names of children and, if they are employed, where.

5. Have you ever served as a juror before in either a criminal or civil case? If yes, please explain.

6. Have any of you, members of your family or close friends ever filed a discrimination claim? If so, explain.

7. Have any of you, members of your family or close friends ever been terminated, demoted, laid off or had their job eliminated? If so, explain.

8. Have any of you, members of your family or close friends ever had any experiences with Johnson Controls that were either favorable or unfavorable? If so, explain.

9. Have any of you ever had a position which included supervising other employees?

10. Have any of you, members of your family or close friends ever had any experiences owning or managing a business? If so, explain.

11. Have any of you been involved in terminating the employment of another person? If so, explain.

12. Have any of you, members of your family, or close friends ever been sued or had a claim filed against them for any reason. If so, please explain.

13. Is there anyone in the jury panel who believes companies have more or less rights than individuals in courts of law?

14. Have any of you, your family members or close friends filed a complaint with the Equal Employment Opportunity Commission, EEOC, or Connecticut Commission on Human Rights because you felt your employer harassed your or discriminated against you? If so, how was it resolved?

004.447660.1

15. Is there anyone here who thinks just because this case has reached the trial stage that it necessarily does or does not have merit?

16. Do any of you know any reason why you could not sit as a juror in this case with absolute impartiality to all parties?

17. Will all of you promise to wait until the Defendant has had an opportunity to present its case and both parties have made Final Argument and the Court has instructed you on the law before making conclusions regarding this case?

18. Do you understand that there is a distinction between unfairness and illegal discrimination? That is, not all unfair treatment is illegal discrimination?

19. How many of you feel that you have been harassed at work because of race? Age? Religion? Gender? National Origin? Disability?

20. Have any of you ever complained to your employer and felt that you were punished for making a complaint?

21. Are there any of you who feel that you could not follow the instructions relating to the law in this case which will be given to you by the Court even where you may disagree with that law?

22. Do you believe that rules regarding sexual harassment apply equally to men and women?

004.447660.1

Dated this 22nd day of October, 2004.

Respectfully submitted,

JOHNSON CONTROLS, INC., Defendant

By: _____
Bradley R. Johnson, Esq.
Florida Bar No. 079425
Latasha A. Garrison, Esq.
Florida Bar No. 0180602
Foley & Lardner LLP
One Independent Drive
Suite 1300
Telephone (904) 359-2000
Facsimile (904) 359-8700

Wendi J. Kemp (CT 11185)

Attorneys for Defendant Johnson Controls, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent via overnight delivery, this 22nd day of October 2004, to: Peter Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2922.

_____
ATTORNEY

4