FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 25  A 9: 25

U.S. DISTRICT COURT

| | |
|---|---|
| LINDA JABREN<br>Plaintiff, | CIVIL ACTION NO. 3:02-CV-100 AHN |
| vs. | |
| JOHNSON CONTROLS, INC.<br>Defendant. | October 22, 2004 |

### DEFENDANT'S NOTICE OF DESIGNATION OF INTERROGATORY RESPONSES

Pursuant to the Court's Order, Defendant, Johnson Controls, Inc. ("Johnson Controls"), designates the following Interrogatory Responses for use at trial.

**A.  INTERROGATORY DESIGNATIONS**

Plaintiff's responses to all interrogatories.

004.452871.1

Dated: 22nd day of October, 2004

Respectfully submitted:

_____
Bradley R. Johnson
Florida Bar No. 0709425
Latasha A. Garrison
Florida Bar No. 0180602
FOLEY & LARDNER LLP
P. O. Box 240
Jacksonville, Florida 32201-0240
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904)359-2000
Facsimile: (904)359-8700

Wendi J. Kemp (CT 11185)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone: (860) 275-6744
Facsimile: (860) 724-3397

Attorneys for Defendant, Johnson Controls, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been delivered via First Class U.S. mail, postage prepaid, this 22nd day of October, 2004 to Peter Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2922.

_____
ATTORNEY

004.452871.1