UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | |
| LINDA JABREN | : | CIVIL ACTION NO. |
|      Plaintiff, | : | 302CV100 (AHN) |
| | : | |
| v. | : | |
| | : | |
| JOHNSON CONTROLS, INC. | : | |
|      Defendant. | : | |
| _____: | | October 25, 2004 |

**PLAINTIFF'S TRIAL EXHIBIT LIST**

001    Johnson Controls Ethics Policy (JCI 844-854)

0012  Integrated Facility Management "No Harassment Policy," 3/31/99 (JCI 228)

003    No Harassment Policy, 7/7/99  (JCI 189)

004    "What are some policies I should be aware of?"  (JCI 112-113)

005    Johnson Controls, Inc. Zero Tolerance Training  (JCI 191-223)

006    Linda Jabren offer of employment letter, 10/4/00  (JCI 092)

007a  Vernieri notes, 12/19/00 – Rosetta (JCI 114)

007b  Transcription of notes

008a  Vernieri notes, 12/19/00 – McLaughlin (JCI 115)

008b  Transcription of notes

009a  Vernieri notes, 12/20/00 – Ward  (JCI 116)

009b  Transcription of notes

010a  Vernieri notes, 12/20/00 – Jabren (JCI 117)

010b  Transcription of notes

011a  Vernieri notes, 12/20/00 – meeting with Rene Jackson (JCI 118)

011b  Transcription of notes

012a  Vernieri notes, 12/20/00 – Amenabar  (JCI 119)

012b  Transcription of notes

013a  Vernieri notes, 1/02/01 – Meeting with Linda Jabren  (JCI 120)

013b  Transcription of notes

014   Nelson email to Vernieri, re: reinstatement of pay, 1/04/01 (JCI 121)

015   Amenabar email to Nelson & Vernieri re: suspension, 1/31/01  (JCI 268)

016   Investigation of Linda Jabren & Richard Cushing Incidents  (JCI 143-144)

017   Jabren letter of suspension, 2/1/01  (JCI 241-242)

018   Nelson email to Amenabar and Vernieri re: termination, 3/13/01  (JCI 251)

019   Investigation of Linda Jabren & Tim Atherton Incident, 3/01/01 (JCI 252-254)

020   Vernieri notes re: Jabren suspension  (JCI 255)

021   Jabren letter of termination, 3/13/01  (JCI 137)

022   Vernieri notes re: conference call with Sharpton, 2/16/01  (JCI 356-357)

023   Nelson email re: Amenabar termination, 6/20/01  (JCI 347)

024   Cushing Employee Performance Summary, 7/26/01  (JCI 518-519)

025   Johnson Controls Salary Plan Table, effective 10/01/01  (JCI 822-823)

026   Johnson Controls Summary Plan Description  (JCI 697-821)

027   Jabren W-2's for 2001 – 2003 and record of earnings to date for 2004

028   Jabren medical bills

029   Transcript of Unemployment Appeal Hearing

030   Johnson Controls' responses to Plaintiff's First Set of Interrogatories

                RESPECTFULLY SUBMITTED

BY: _____
      Peter Goselin ct#06074
      Deborah L. McKenna ct#17326
      Livingston, Adler, Pulda,
      Meiklejohn & Kelly, P.C.
      557 Prospect Avenue
      Hartford, Connecticut 06105

## CERTIFICATE OF SERVICE

This certifies that the foregoing Plaintiff's Trial Exhibit List has been mailed, first class mail postage pre-paid on this 25th day of October, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510

_____
Peter Goselin

Case 3:02-cv-00100-AHN    Document 59    Filed 10/26/2004    Page 5 of 5