UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
LINDA JABREN                : CIVIL ACTION NO.
    Plaintiff,           : 302CV100 (AHN)
:
v.                          :
:
JOHNSON CONTROLS, INC.      :
    Defendant.           :
_____: November 2, 2004

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED TRIAL EXHIBITS

1.  **Defendant's Proposed Exhibit H**:   The Plaintiff's Complaint

**Objection**: Not relevant.  This document is a legal pleading, and will not assist the jury in finding any facts necessary for the disposition of this case.

2.  **Defendant's Proposed Exhibit I**:   The Plaintiff's timesheet for period ending 12/8/00

**Objection**: Not relevant.  This document purports to reflect the hours worked by Linda Jabren between November 28 and December 6 – an issue that is not in dispute in this litigation.  The document will not assist the jury in finding any facts necessary for the disposition of this case.

3.  **Defendant's Proposed Exhibit O**:   The Plaintiff's Rule 26(a)(1) Initial Disclosures

**Objection**: Not relevant.  This document is the initial disclosures report called for by Fed.R.Civ.P. 26(a)(1).  The document will not assist the jury in finding any facts necessary for the disposition of this case. Moreover it is highly prejudicial. The disclosures, in Section C, contain a reference to the statutory damage caps under Title VII, information which 42 U.S.C. Sec. 1981a(c)(2) explicitly prohibits disclosing to juries.

4.  **Defendant's Proposed Exhibits KK and LL**:  Proposed Exhibit KK is an e-mail from James Nelson to Dawn Vernieri, dated January 25, 2001 with a subject line of Renee Jackson conversation; Proposed Exhibit LL is an e-mail from Michael Amenabar to Dawn Vernieri and James Nelson, dated January 26, 2001 with a subject line of Renee Jackson conversation.

**Objection**:  Hearsay.  These emails contain descriptions of out of court statements made by various third persons and do not fit within any of the

exceptions to the hearsay rule.

                RESPECTFULLY SUBMITTED

BY: _____
     Deborah L. McKenna ct#17326
     Peter Goselin ct#06074
     Livingston, Adler, Pulda,
     Meiklejohn & Kelly, P.C.
     557 Prospect Avenue
     Hartford, Connecticut 06105
     pdgoselin@lapm.org
     dlmckenna@lapm.org

## CERTIFICATE OF SERVICE

      This certifies that the foregoing Plaintiff's Objections to Defendant's Proposed Trial Exhibits has been mailed, overnight mail postage pre-paid on this 2nd day of November, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
One Independent Drive, Suite 1300
Jacksonville, Florida 32202-5017

                                              Deborah L. McKenna