# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                        :
LINDA JABREN                            :       CIVIL ACTION NO.
        Plaintiff,                  :       302CV100 (AHN)
                                        :
v.                                      :
                                        :
JOHNSON CONTROLS, INC.                  :
        Defendant.                 :
_____:        November 2, 2004

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1.      Do you know any of the lawyers or law firms involved in this case, or have you or

any close friend or relative ever been a client of either of the law firms?

        a.      If so, please explain the nature of the relationship and state
                whether you have any feelings that would make it difficult for you to fairly
                and objectively render a verdict for or against that lawyer's client.


2.      Do you know the Plaintiff in this case, Linda Jabren?

        a.      If so, please explain how you know her and state whether you
                have any feelings that would make it difficult for you to fairly and
                objectively render a verdict for or against Ms. Jabren.


3.      Have you ever been employed by or done business with the Defendant in this

case, Johnson Controls, Inc.?

        a.      If so, please explain the nature of your relationship with the
                Defendant and state whether you have any feelings that would make it
                difficult for you to fairly and objectively render a verdict for or against
                Johnson Controls, Inc.

4.      Do you know any of the following individuals who may be called as

witnesses or whose name may come up in this case:

Linda Jabren

Mike Amenbar

Dawn Vernieri

Rich Cushing

Tim Atherton

James Nelson

Charles McDougal

Raymond Crouch

Douglass Moffett

Cynthia Brayman

    a.      If so, please explain the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively evaluate any testimony given by that person.

5.     Have you, a relative, significant other, or close friend ever been fired, laid off, or otherwise involuntarily terminated from employment?

    a.      If so, please explain the circumstances.

6.     Have you, a relative, significant other or any close friend ever been employed in the personnel, human resources, or labor relations field for a corporation or a government agency?

    a.      If so, please state when you, your significant other, relative or close friend held the position and describe the nature and duties of the position.

7.  Have you, a relative, significant other or any close friend ever been in a supervisory position?

    a.    If so, please state when you, your significant other, relative or the close friend held the position and describe the nature and duties of that position.

8.    Have you, your significant other, relative or close friend ever terminated an employee?

    a.    If so, please state the circumstances under which you, your significant other, relative or close friend terminated the employee and the reasons for the termination.

9.    Have you, your significant other, relative or any close friend ever been accused of discrimination or retaliation with respect to employment?

    a.    If so, please describe the circumstances of such accusation.

10.    Do you have any opinion about employees who bring lawsuits against their employers?

    a.    If so, please describe those opinions.

11.    Have you, your significant other, relative or any close friend ever been involved in a lawsuit as a party, a witness or a juror?

    a.    If you, or they were a party, were you or they a Plaintiff or a Defendant? What type of case?  What was the result?

    b.    If you, or they were a witness, what type of case?  For which side did you, or they testify?  What was the result?

    c.    If you, or they were a juror, did the case go to a verdict?  What type of case?  What was the verdict?

12.     Would you have any difficulty awarding the Plaintiff damages for
emotional distress if you were satisfied that she was entitled to them?


13.     Would you have any difficulty awarding punitive damages against the
Defendants if you were satisfied that such an award should be made?


14.     If you are currently employed, please state the position held, the name and
location of the employer, and the length of your employment.


15.     If you are not currently employed, please state the last position you held, the
name and location of the employer, and the length of your employment.


16.     If you have a spouse or partner who is currently employed, please state the
position held, the name and location of the employer, and the length of his or her
employment.


17.     If you have a spouse or partner who is not currently employed, please state the
last position he or she held, the name and location of the employer, and the length of
his or her employment.


18.     If you have a child or children who are currently employed, please state his, her
or their position held, the name and location of the employer, and the length of
employment.

19.    If you have a child or children who are not currently employed, please state his,

her or their last position held, the name and location of the employer, and the length of

employment.


                        RESPECTFULLY SUBMITTED

            BY:
                    Deborah L. McKenna ct#17326
                    Peter Goselin ct#06074
                    Livingston, Adler, Pulda,
                    Meiklejohn & Kelly, P.C.
                    557 Prospect Avenue
                    Hartford, Connecticut 06105

## <u>CERTIFICATE OF SERVICE</u>

This certifies that the foregoing Plaintiff's Proposed Voir Dire Questions has been mailed, overnight mail postage pre-paid on this 2nd day of November, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
One Independent Drive, Suite 1300
Jacksonville, Florida 32202-5017


_____
Deborah L. McKenna