**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                                :
LINDA JABREN                         :     CIVIL ACTION NO.
          Plaintiff,                          :     302CV100 (AHN)
                                                :
v.                                              :
                                                :
JOHNSON CONTROLS, INC.    :
          Defendant.                      :
_____:     November 2, 2004

## PLAINTIFF'S PROPOSED JURY INTERROGATORIES

1.   Do you find that the plaintiff, Linda Jabren, has proven, by a preponderance of the evidence, that the defendant, Johnson Controls, Inc., discriminated against her because of her sex in violation of Title VII of the Civil Rights Act of 1964?

_____ Yes          _____ No

[If you answered "No" to Question 1, please go on to Question 6.  If you answered "Yes" to Question 1, please go on to Question 2.]

2.   What amount of back pay damages, if any, do you award Linda Jabren for her claim of discrimination?

$_____

3.   What amount of compensation do you award the plaintiff, Linda Jabren for her claim that she suffered emotional distress caused by the defendant's discrimination?

$_____

4.   Do you find that the defendant, Johnson Controls, Inc. willfully violated Title VII of the Civil Rights Act of 1964?

_____ Yes          _____ No

[If you answered "No" to Question 4, please go on to Question 6.  If you answered "Yes" to Question 4, please go on to Question 5.]

5.What amount of punitive damages do you award the Plaintiff?

$_____

6.Do you find that the plaintiff, Linda Jabren, has proven, by a preponderance of the evidence, that the defendant, Johnson Controls, Inc., discriminated against her because of her sex in violation of the Connecticut Fair Employment Practices Act ?

\_\_\_\_\_ Yes\_\_\_\_\_ No

[If you answered "No" to Question 6, please go on to Question 11.  If you answered "Yes" to Question 6, please go on to Question 7.]

7.What amount of back pay damages, if any, do you award Linda Jabren for her claim of discrimination?

$_____

8.What amount of compensation do you award the plaintiff, Linda Jabren for her claim that she suffered emotional distress caused by the defendant's discrimination?

$_____

9.Do you find that the defendant, Johnson Controls, Inc. willfully violated the Connecticut Fair Employment Practices Act?

\_\_\_\_\_ Yes\_\_\_\_\_ No

If you answer to Question 9 is "Yes," you do not need to assess an amount for punitive damages.  The Court will enter the appropriate amount of punitive damages based on how that element of damage is calculated under Connecticut law.

10. Do you find that the Plaintiff, Linda Jabren, has proven, by a preponderance of the evidence, that the Defendant, Johnson Controls, Inc. retaliated against her in violation of Title VII of the Civil Rights Act of 1964 ?

    \_\_\_\_\_ Yes             \_\_\_\_\_ No

[If you answered "No" to Question 10, please go to Question 15. If you answered "Yes" to Question 10, please go on to Question 11.]

11. What amount of back pay damages, if any, do you award Linda Jabren for her claim of retaliation?

$_____

12. What amount of compensation do you award the plaintiff, Linda Jabren for her claim that she suffered emotional distress caused by the defendant's retaliation?

$_____

13. Do you find that the defendant, Johnson Controls, Inc. willfully violated Title VII of the Civil Rights Act of 1964?

    \_\_\_\_\_ Yes             \_\_\_\_\_ No

[If you answered "No" to Question 13, please go on to Question 15. If you answered "Yes" to Question 13, please go on to Question 14.]

14. What amount of punitive damages do you award the Plaintiff?

$_____

15. Do you find that the plaintiff, Linda Jabren, has proven, by a preponderance of the evidence, that the defendant, Johnson Controls, Inc., retaliated against in violation of the Connecticut Fair Employment Practices Act ?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

[If you answered "No" to Question 15, please go to the end of this form, have the foreperson sign the form, and notify the Court that you have completed your deliberations.  If you answered "Yes" to Question 15, please go on to Question 16.]

16.    What amount of back pay damages, if any, do you award Linda Jabren for her claim of retaliation?

$_____

17.    What amount of compensation do you award the plaintiff, Linda Jabren for her claim that she suffered emotional distress caused by the defendant's retaliation?

$_____

18.    Do you find that the defendant, Johnson Controls, Inc. willfully violated the Connecticut Fair Employment Practices Act?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

If you answer to Question 18 is "yes," you do not need to assess an amount for punitive damages.  The Court will enter the appropriate amount of punitive damages based on how that element of damage is calculated under Connecticut law.

**Your deliberations are complete.  Please have the jury foreperson sign and date this verdict form.**

_____
Foreperson


Date

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF,

_____
Deborah McKenna ct17326
Peter Goselin ct16074
Livingston, Adler, Pulda,
Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818
pdgoselin@lapm.org
dlmckenna@lapm.org

**CERTIFICATE OF SERVICE**

     This certifies that the foregoing Plaintiff's Proposed Jury Interrogatories has been mailed, overnight mail postage pre-paid on this 2nd day of November, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
One Independent Drive, Suite 1300
Jacksonville, Florida 32202-5017

 

                                                Deborah L. McKenna

7