UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
LINDA JABREN                        :
      Plaintiff,                  :   CIVIL ACTION NO.
                                    :   302CV100 (AHN)
v.                                  :
                                    :
JOHNSON CONTROLS, INC.              :
      Defendant.                  :
_____      :   November 8, 2004

## STIPULATIONS OF FACT AND QUESTIONS OF LAW

Per the Court's trial order, the parties have consulted and are able to stipulate to the following statement of facts and questions of law that the Court must decide. Defendant's counsel has authorized Plaintiff's counsel to file these stipulations by both parties.

**A.**   **Stipulations of Fact**

1. Linda Jabren was employed by Johnson Controls, Inc., from October 30, 2000, until March 14, 2001.

2. Linda Jabren was employed by Johnson Controls as a Facility Maintenance Mechanic. Jabren was assigned to work for the Defendant at the Groton, Connecticut, facility of Pfizer, Inc.

**B.**     **Questions of Law**

1. Was Johnson Controls' February 1, 2001, decision to suspend the Plaintiff motivated at least in part by animus toward the Plaintiff because of her sex?

2. Was Johnson Controls' March 1, 2001, decision to suspend the Plaintiff motivated at least in part by animus toward the Plaintiff because of her sex?

3. Was Johnson Controls' March 14, 2001, decision to terminate the Plaintiff's employment motivated at least in part by animus toward the Plaintiff because of her sex?

4. Was Johnson Controls' February 1, 2001, decision to suspend the Plaintiff motivated at least in part by animus toward the Plaintiff because she opposed an unlawful employment practice based on sex?

5. Was Johnson Controls' March 1, 2001, decision to suspend the Plaintiff motivated at least in part by animus toward the Plaintiff because she opposed an unlawful employment practice based on sex?

6. Was Johnson Controls' March 14, 2001, decision to terminate the Plaintiff's employment motivated at least in part by animus toward the Plaintiff because she oppose an unlawful employment practice based on sex?

RESPECTFULLY SUBMITTED

LINDA JABREN, Plaintiff

BY: _____
    Peter Goselin ct#06074
    Deborah L. McKenna ct#17326
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly, P.C.
    557 Prospect Avenue
    Hartford, Connecticut 06105
    Phone: (860) 233-9821
    Fax: (860) 232-7818

JOHNSON CONTROLS, INC., Defendant

By: _____
    Bradley R. Johnson, Esq.
    Florida Bar No. 079425
    Latasha A. Garrison, Esq.
    Florida Bar No. 0180602
    Foley & Lardner LLP
    One Independent Drive
    Suite 1300
    Telephone (904) 359-2000
    Facsimile (904) 359-8700

    Wendi J. Kemp ct# 11185

## **CERTIFICATE OF SERVICE**

   This certifies that the foregoing Stipulations of Fact and Questions of Law has been hand-delivered and mailed, first class mail postage pre-paid on this 8th day of November, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510

                   _____
                   Peter Goselin

4