UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LINDA JABREN

      v                                      3:02 CV 100 (AHN)

JOHNSON CONTROL, INC.

## JUDGMENT

This matter came on for trial before a jury and the Honorable Alan H. Nevas, Senior United States District Judge. On November 17, 2004, after deliberation, the jury returned a verdict in favor of the defendant.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant Johnson Control, Inc. against the plaintiff Linda Jabren.

Dated at Bridgeport, Connecticut, this 18th day of November, 2004.

                                                          KEVIN F. ROWE, Clerk

                                                          By /s/ Alice Montz
                                                               Deputy Clerk

Entered on Docket _____