*all exhibits separated as full set*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
11/17/04

| | |
|---|---|
| LINDA JABREN<br>　　　　Plaintiff, | CIVIL ACTION NO.<br>302CV100 (AHN) |
| v. | |
| JOHNSON CONTROLS, INC.<br>　　　　Defendant. | October 25, 2004 |

## PLAINTIFF'S TRIAL EXHIBIT LIST

001  Johnson Controls Ethics Policy (JCI 844-854)

11/15/04  0002  Integrated Facility Management "No Harassment Policy," 3/31/99 (JCI 228)

11-15-04  003  No Harassment Policy, 7/7/99  (JCI 189)

11-15-04  004  "What are some policies I should be aware of?"  (JCI 112-113)

11-15-04  005  Johnson Controls, Inc. Zero Tolerance Training  (JCI 191-223)

11/15/04 –  006  Linda Jabren offer of employment letter, 10/4/00  (JCI 092)  – *full*

11-15-04  007a  Vernieri notes, 12/19/00 – Rosetta (JCI 114)

11-15-04  007b  Transcription of notes

008a  Vernieri notes, 12/19/00 – McLaughlin (JCI 115)

008b  Transcription of notes

009a  Vernieri notes, 12/20/00 – Ward  (JCI 116)

009b  Transcription of notes

11-15-04  010a  Vernieri notes, 12/20/00 – Jabren (JCI 117)

11-15-04  010b  Transcription of notes

011a  Vernieri notes, 12/20/00 – meeting with Rene Jackson (JCI 118)

011b  Transcription of notes

012a  Vernieri notes, 12/20/00 – Amenabar  (JCI 119)

012b  Transcription of notes

013a  Vernieri notes, 1/02/01 – Meeting with Linda Jabren  (JCI 120)

013b  Transcription of notes

014  Nelson email to Vernieri, re: reinstatement of pay, 1/04/01 (JCI 121)

015  Amenabar email to Nelson & Vernieri re: suspension, 1/31/01  (JCI 268)

*11-15-04*  016  Investigation of Linda Jabren & Richard Cushing Incidents  (JCI 143-144)

*11/15/04 –*  017  Jabren letter of suspension, 2/1/01  (JCI 241-242)

018  Nelson email to Amenabar and Vernieri re: termination, 3/13/01  (JCI 251)

*11-15-04*  019  Investigation of Linda Jabren & Tim Atherton Incident, 3/01/01 (JCI 252-254)

020  Vernieri notes re: Jabren suspension  (JCI 255)

*11/15/04 –*  021  Jabren letter of termination, 3/13/01  (JCI 137)

*Full 11-15-04*  022  Vernieri notes re: conference call with Sharpton, 2/16/01  (JCI 356-357)  *will address exh @ a later date*

*11-15-04*  023  Nelson email re: Amenabar termination, 6/20/01  (JCI 347)

024  Cushing Employee Performance Summary, 7/26/01  (JCI 518-519)

025  Johnson Controls Salary Plan Table, effective 10/01/01  (JCI 822-823)

026  Johnson Controls Summary Plan Description  (JCI 697-821)

*11/15/04 –*  027  Jabren W-2's for 2001 – 2003 and record of earnings to date for 2004

*11/15/04*  028  Jabren medical bills

029  ~~Transcript of Unemployment Appeal Hearing~~  *withdraw*

030  Johnson Controls' responses to Plaintiff's First Set of Interrogatories  *withdraw Redact the exhibit*

RESPECTFULLY SUBMITTED

BY: _____

    Peter Goselin ct#06074
    Deborah L. McKenna ct#17326
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly, P.C.
    557 Prospect Avenue
    Hartford, Connecticut 06105

## CERTIFICATE OF SERVICE

This certifies that the foregoing Plaintiff's Trial Exhibit List has been mailed, first class mail postage pre-paid on this 25th day of October, 2004 to the following

Latasha Garrison
Bradley R. Johnson
Foley & Lardner
The Greenleaf Building
200 Laura Street
Jacksonville, Florida 32202-3510

Peter Goselin