UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
02CV100 Def Exh

2004 OCT 25 A 9 25

U.S. DISTRICT COURT

| | | |
|---|---|---|
| LINDA JABREN | : | CIVIL ACTION NO. 3:02-CV-100 AHN |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHNSON CONTROLS, INC. | : | October 22, 2004 |
| Defendant. | : | |

11/17/04

## DEFENDANT'S EXHIBIT LIST

Defendant Johnson Controls, Inc. ("Johnson Controls") by and through its undersigned

attorneys hereby submits its exhibit list, as follows:

| | Exhibit Description |
|---|---|
| A. | Corrected Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories |
| B. | Offer Letter to Linda Jabren |
| C. | Linda Jabren's Resume and Application for Employment |
| D. | Johnson Controls' Employee Handbook |
| E. | Johnson Controls Condition of Employment |
| F. | Linda Jabren's Signed Receipt for Employee Handbook |
| G. | Linda Jabren's Signed Receipt for Standards of Conduct Compliance |
| H. | Complaint (withdrawn) |
| I. | Linda Jabren's Timesheet for period ending December 22, 2000 |
| J. | E-Mail dated 1/29/2001 between James Nelson and Linda Jabren 11/15/04 |
| K. | Letter of Suspension for Linda Jabren |
| L. | Johnson Controls No Harassment Policy |
| M. | Letter of Termination for Linda Jabren |
| N. | Letter to Linda Jabren regarding benefits continuation after termination |
| O. | Linda Jabren's Initial Disclosures (withdrawn) |
| P. | Linda Jabren's Connecticut Commission on Human Rights and Opportunities Complaint |

Full

004.444537.1

| Q. | Johnson Controls Zero Tolerance Training Materials |
|---|---|
| R. | Johnson Controls Code of Conduct |
| S. | Johnson Controls No Harassment Policy |
| T. | Handwritten Notes and Transcription from 10/19/00 Meeting with Jim Nelson, Dawn Vernieri, and Don Rosetta |
| U. | Handwritten Notes and Transcription from 12/19/00 Meeting with Jim Nelson, Dawn Vernieri, and John McLaughlin |
| V. | Handwritten Notes and Transcription from 12/20/00 Meeting with Ray Crouch and Dawn Vernieri |
| W. | Handwritten Notes and Transcription from 12/20/00 Meeting with Linda Jabren, Jim Nelson, and Dawn Vernieri |
| X. | Handwritten Notes and Transcription from 12/20/00 Meeting with Rene Jackson, Dawn Vernieri, Jim Nelson, and Linda Jabren |
| Y. | Handwritten Notes and Transcription from 12/209/00 Meeting with Dawn and Mike Amenabar |
| Z. | Summary of Investigation of Linda Jabren/Richard Cushing Incidents by Mike Amenabar and Dawn Vernieri in January 2001 |
| AA. | Summary of Investigation of Linda Jabren/Tim Atherton Incident by Mike Amenabar in March 2001 |
| BB. | Letter of Suspension to Charles McDougal |
| CC. | Letter of Discharge to Paul McCormick |
| DD. | Memorandum Verbal Warning to Steve Glidden |
| EE. | Employment Separation Report for Richard Husky and Historical Background Information |
| FF. | Memorandum Re:  Letter of Discharge to Karl Carter |
| GG. | Memo regarding E-Mail sent by Reggie Sutton |
| HH. | Memo regarding John Ambrose Suspension |
| II. | Johnson Controls Equal Employment Opportunity and Zero Tolerance Policy Summary |
| JJ. | E-Mail Re:  Reinstatement of Linda Jabren's Pay |
| KK. | E-Mail Re:  Linda Jabren Performance Issues |
| LL. | E-Mail Re:  Monitoring Linda Jabren's Progress on South Campus Team |
| MM. | Linda Jabren's Applicant Evaluation Checklist |
|  | Rebuttal exhibits as necessary |
|  | All exhibits listed by Plaintiff |

11-16-04
(4:15 full)

Dated: 22nd day of October, 2004

Respectfully submitted:

Bradley R. Johnson
Florida Bar No. 0709425
Latasha A. Garrison
Florida Bar No. 0180602
FOLEY & LARDNER LLP
P. O. Box 240
Jacksonville, Florida 32201-0240
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904)359-2000
Facsimile: (904)359-8700

Wendi J. Kemp (CT 11185)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone: (860) 275-6744
Facsimile: (860) 724-3397

Attorneys for Defendant, Johnson Controls, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been delivered via First Class U.S. mail, postage prepaid, this 22nd day of October, 2004 to Peter Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2922.

ATTORNEY