UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| LINDA JABREN | : | CIVIL ACTION NO. 302CV100 AHN |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHNSON CONTROLS, INC. | : | September 2, 2004 |
| Defendant. | : | |

## DEFENDANT'S WITNESS LIST

Defendant Johnson Controls, Inc. ("Johnson Controls") by and through its undersigned attorneys hereby submits its witness list, as follows:

| | **Name** | **Expected Testimony** |
|---|---|---|
| 1. | Brian Wright a Pfizer employee. | Mr. Wright supervised the Pfizer maintenance employees during Plaintiff's employment. Mr. Wright will testify about Plaintiff's employment and investigation into complaints about Plaintiff's unwanted touching of co-workers. |
| 2. | Dawn Vernieri  11-15-04 | Ms. Vernieri worked as a Human Resources Specialist during Plaintiff's employment. Ms. Vernieri will testify about Plaintiff's employment including investigation of Plaintiff's complaint against Pfizer employees, and complaints lodged against Plaintiff for violation of Johnson Controls's No Harassment policy. Additionally, Ms. Vernieri will testify about Johnson Controls's policies and procedures in effect during Plaintiff's employment. |
| 3. | James Nelson  11-16-04  Glastonbury CT | Mr. Nelson served as Johnson Controls's project manager during Plaintiff's employment. Mr. Nelson will testify about Plaintiff's employment including investigation of Plaintiff's complaint against Pfizer employees, complaints lodged against Plaintiff for violation of Johnson Controls's No Harassment policy. Additionally, Mr. Nelson will testify about Johnson Controls's policies and procedures in effect during Plaintiff's employment. |

004.443257.2

| | | |
|---|---|---|
| 4. | Linda Jabren | Ms. Jabren will testify about the allegations contained in her Complaint. |
| 5. | Michael Amenabar | Mr. Amenabar is Plaintiff's former supervisor. Mr. Amenabar will testify about Plaintiff's employment including investigation of Plaintiff's complaint against Pfizer employees, and complaints lodged against Plaintiff for violation of Johnson Controls's No Harassment policy. |
| 6. | Renee Jackson | Ms. Jackson worked in the Human Resources Department for Pfizer during Plaintiff's employment. Ms. Jackson will testify about Plaintiff's complaints against Pfizer employees for use of offensive language, and investigation and resolution of these complaints. |
| 7. | Richard Cushing | Mr. Cushing is Plaintiff's former co-worker. Mr. Cushing will testify about knowledge of Plaintiff's employment and work environment, and complaints about Plaintiff. |
| 8. | Tim Atherton | Mr. Atherton worked with Plaintiff and will testify about his report that Plaintiff massaged his shoulder. |
| 9. | Charles McDougal, Jr. | Mr. McDougal will testify about Plaintiff's employment, the work environment and complaints about Plaintiff's unwanted touching of her co-workers. |
| 10. | Donald Rosetta | Mr. Rosetta is Plaintiff's former co-worker. Mr. Rosetta will testify about his knowledge of Plaintiff's employment and work environment, and complaints about Plaintiff. |
| 11. | Gary O'Donnell | Mr. O'Donnell is Plaintiff's former co-worker. Mr. O'Donnell will testify regarding Plaintiff's employment and work environment. |
| 12. | Gene Brink | Mr. Brink is Plaintiff's former co-worker. Mr. Brink will testify regarding Plaintiff's employment and work environment. |
| 13. | Michael Higgins | Mr. Higgins will testify about his knowledge of Plaintiff's employment and work environment, and complaints about Plaintiff. |
| 14. | Mike Scheller | Mr. Scheller will testify about his knowledge regarding Plaintiff's employment and work environment. |
| 15. | Peter Selegna | Mr. Selegna will testify about Plaintiff's complaints about offensive comments made to her and investigation of those complaints. |

004.443257.2

| 16. | Ray Crouch | Mr. Crouch is Plaintiff's former co-worker. Mr. Crouch will testify about Plaintiff's employment and work environment. |
|---|---|---|
| 17. | Steve Glidden | Mr. Glidden will testify about knowledge of Plaintiff's employment and work environment. |
| 18. | Rebuttal witnesses as necessary | |
| 19. | All witnesses listed by Plaintiff | |

Dated: September 2, 2004

Respectfully submitted:

/s/ Latasha A. Garrison
Bradley R. Johnson
Florida Bar No. 0709425
Latasha A. Garrison
Florida Bar No. 0180602
FOLEY & LARDNER LLP
P. O. Box 240
Jacksonville, Florida 32201-0240
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904)359-2000
Facsimile: (904)359-8700

Wendi J. Kemp (CT 11185)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone: (860) 275-6744
Facsimile: (860) 724-3397

Attorneys for Defendant, Johnson Controls, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been delivered via First Class U.S. mail, postage prepaid, this 2nd day of September, 2004 to: Peter Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2922.

/s/ Latasha A. Garrison
ATTORNEY

004.443257.2