UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA JABREN              :
                          :
         v.               :     CIVIL NO. 3:02CV100(AHN)
                          :
JOHNSON CONTROLS, INC.    :

VERDICT FORM

We the jury unanimously find as follows:

I.  Count One - Sex Discrimination

    1.  As to the plaintiff's claim of sex discrimination, do you find that the plaintiff has proven that the defendant intentionally discriminated against her on the basis of her gender by suspending her?

           _____YES         ✓   NO

    2.  As to the plaintiff's claim of sex discrimination, do you find that the plaintiff has proven that the defendant intentionally discriminated against her on the basis of her gender by terminating her employment?

           _____YES         ✓   NO

II. Count Two - Retaliation

    3.  As to the plaintiff's claim of retaliation, do you find that the plaintiff has proven that the defendant suspended her in retaliation for complaining of an unlawful employment practice?

           _____YES         ✓   NO

    4.  As to the plaintiff's claim of retaliation, do you find that the plaintiff has proven that the defendant terminated her employment in retaliation for complaining of an unlawful employment practice?

           _____YES         ✓   NO


    If your answer to question 1, 2, 3, or 4 is YES, proceed to the questions in Section III and IV.  If your answers to

questions 1, 2, 3, and 4, are NO, your deliberations are completed.  Please sign and date this form.

III. <u>Damages</u>

    5.    If you find the defendant liable in Count One and/or Count Two, what amount of back pay damages do you award to the plaintiff?

$ _____

    6.    If you find the defendant liable in Count One and/or Count Two, what amount of compensatory damages do you award to the plaintiff?

$ _____

IV.    <u>Punitive Damages</u>

    7.    Considering my instructions as to punitive damages, what amount, if any, of punitive damages do you award the plaintiff?

$ _____

Your deliberations are completed.  Please sign and date this form.

| 11-17-04 | [signature] |
|---|---|
| Date | Foreperson |