# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Jabren

~~EXHIBIT~~ AND ~~WITNESS~~ LIST

Court Exhibit List

V.

Johnson Control, Inc

Case Number: 3:02CV100(AHN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nevas | Goslin | Johnson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/15-17/2004 | Corrette | Tasman / Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/17/04 | ✓ |  | Note from the Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

3:02CV100 (AHN)

11/17/04 1:51

We have reached a verdict

Mister Frank



COURT'S EXHIBIT
1