**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

November 17, 2004

Peter Goselin
Deborah McKenna

      Re: Case Name: Linda Jabren v. Johnson Control, Inc.
      Number: 3:02cv100(AHN)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      A-Z, AA-MM

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                              Sincerely,

                              Kevin F. Rowe, Clerk

                      BY _____
                            Yelena Gutierrez
                            Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: __11/17/04__