UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA JABREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:02-CV-100 AHN |
| | ) |
| JOHNSON CONTROLS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF FILING DEFENDANT'S BILL OF COSTS**

This is to certify that the Defendant, Johnson Controls, Inc., filed its Bill of Costs on December 2, 2004 and that a copy of the Bill of Costs, Affidavit in Support of Bill of Costs, and this Notice of Filing were served on counsel for the Plaintiff, Peter Goselin, Esq., Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT 06105-2922, postage prepaid on this date.

Dated: 1st day of December, 2004

Respectfully submitted:

_____
Bradley R. Johnson
Florida Bar No. 0709425
Latasha A. Garrison
Florida Bar No. 0180602
FOLEY & LARDNER LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904)359-2000
Facsimile: (904)359-8700

Wendi J. Kemp (CT 11185)
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3495
(860) 275-6744

Attorneys for Defendant, Johnson Controls, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant Johnson Control Inc.'s Notice of Filing Bill of Costs has been delivered via overnight delivery, postage prepaid, this 1st day of December, 2004 to:

Peter Goselin, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

_____
ATTORNEY