UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA JABREN : | CIVIL ACTION NO. |
|     Plaintiffs, : | 302CV100 (AHN) |
| : | |
| vs. : | |
| : | |
| JOHNSON CONTROLS, INC. : | |
|     Defendant. : | |
| : | December 9, 2004 |
| : | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS**

The Plaintiff is in receipt of the Defendant's Notice of Filing Defendant's Bill of Costs, and objects that portions of said bill are not within the description of taxable costs set out in 28 U.S.C. §1920.

Specifically, the statute does not support the Defendant's request for taxation of costs for long distance telephone charges or for fees for witnesses who were not under the control of the Defendant.  As to the former, the Defendant seeks taxation of $43.71 for long distance telephone charges – a category of costs not included in the statute at all.  As to the latter, of the seven witnesses listed on the Defendant's bill of costs, none of them were subpoenaed by the Defendant and the Defendant incurred no cost for attendance or mileage of these witnesses.[1]  Therefore, the Court should deny the Defendant's bill of costs for $43.71 for long distance telephone charges and $651.00 for attendance and mileage paid to witnesses.

---

[1] The seven witnesses listed had their depositions noticed by the Plaintiff, not the Defendant.  Nor did all of the witnesses listed testify at trial in this matter; nor, upon information and belief were they all subpoenaed to testify at trial.

        RESPECTFULLY SUBMITTED

BY: _____
    Peter Goselin ct16074
    Livingston, Adler, Pulda,
    Meiklejohn & Kelly, P.C.
    557 Prospect Avenue
    Hartford, Connecticut 06105

**CERTIFICATE OF SERVICE**

      This certifies that the Plaintiff's Objections to Defendant's Bill of Cost has been mailed, first class mail postage pre-paid on this 8th day of December, 2004 to the following

Latasha Garrison  
Bradley R. Johnson  
Foley & Lardner  
One Independent Drive, Suite 1300  
Jacksonville, Fl 32202-5017

                                                                                        _____  
                                                                                        Peter Goselin