UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 20  P 12: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LINDA JABREN,

    Plaintiff,

vs.

JOHNSON CONTROLS, INC.,

    Defendant.

No. 3:02-CV-100 AHN

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS
TO DEFENDANT'S BILL OF COSTS**

The Defendant is in receipt of Plaintiff's Objections to Defendant's Bill of Costs, and responds as follows. Specifically, the statute does support Defendant's request for taxation of costs as to fees for witnesses to appear to trial:

> "Witness fees are taxable when the witness has actually testified or was necessarily in attendance at trial and whether or not the witness voluntarily attended or was present under subpoena."

Attached please find trial subpoenas and witness fee checks prepared for six witnesses listed on Defendant's Bill of Costs. Of the seven witnesses listed on the Bill of Costs, James Nelson, Dawn Vernieri, Tim Atherton, and Richard Cushing testified at trial. Two other witnesses, Brian Wright and Mike Scheller were under subpoena and stood ready to testify at trial. The two traveled to Bridgeport on November 16, 2004, to testify. Defendant did not call them at trial, however.

Defendant withdraws its request for witness fees regarding Charles McDougal and further withdraws its request for long distance telephone charges.

Dated: 15th day of December, 2004

Respectfully submitted:

_____
Bradley R. Johnson
Florida Bar No. 0709425
Latasha Garrison-Fullwood
Florida Bar No. 0180602
FOLEY & LARDNER LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202
Telephone: (904)359-2000
Facsimile: (904)359-8700

Wendi J. Kemp (CT 11185)
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3495
(860) 275-6744

Attorneys for Defendant, Johnson Controls, Inc.

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Response to Plaintiff's Objections to Defendant's Bill of Costs has been delivered via First Class U.S. Mail, postage prepaid, this 15th day of December, 2004 to:

Peter Goselin, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

_____
ATTORNEY

## Issued by the
### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

LINDA JABREN,

v.

JOHNSON CONTROLS, INC.,

SUBPOENA IN A CIVIL CASE

CASE NO: 02-CV-100

TO: TIM ATHERTON
C/O TASOS PAINDIRIS, ESQ.
JACKSON & LEWIS
55 FARMINGTON STREET, SUITE 1200
HARTFORD, CT 06105

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT 915 LAFAYETTE BOULEVARD BRIDGEPORT, CT 06604 | JUDGE ALAN H. NEVAS COURTROOM 3, 2ND FLOOR |
| | DATE AND TIME MONDAY NOVEMBER 15, 2004, 9:30 AM |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR DEFENDANTS | OCTOBER 27, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LATASHA GARRISON, ESQ.
(904) 359-2000 Telephone, (904) 359-8700 Facsimile

FOLEY & LARDNER, LLP
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

004.453515.1

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**FOLEY & LARDNER LLP**
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
(904) 359-2000

WACHOVIA
63-2/630

24030

09/23/2004

PAY TO THE ORDER OF   TIM ATHERTON                                                     **93.00   $

Ninety-Three and 00/100************************************************************************************************ DOLLARS

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00
VOID AFTER 180 DAYS

MEMO   43821.126   RHAR/52 WITNESS FEE

⑈024030⑈ ⑆063000021⑆ 211500 2203798⑈

---

**FOLEY & LARDNER LLP**
TIM ATHERTON                                 09/23/2004                24030
43821.126 KEH           RHAR/52 WITNESS FEE                             93.00

FUNB PETTY CASH     RHAR/52 WITNESS FEE                                 93.00

**FOLEY & LARDNER LLP**
TIM ATHERTON                                 09/23/2004                24030
43821.126 KEH           RHAR/52 WITNESS FEE                             93.00

FUNB PETTY CASH     RHAR/52 WITNESS FEE                                 93.00

LR2206ALN2   BLUMBERG EXCELSIOR 800-327-9220                          PRINTED IN U.S.

# Issued by the
# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LINDA JABREN,

V.

JOHNSON CONTROLS, INC.,

**SUBPOENA IN A CIVIL CASE**

CASE NO: **02-CV-100**

TO:  RICHARD CUSHING
     26 GIANTS NECK ROAD
     NIANTIC, CT  06357

☒  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>**UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF CONNECTICUT**<br>**915 LAFAYETTE BOULEVARD**<br>**BRIDGEPORT, CT  06604** | COURTROOM<br>**JUDGE ALAN H. NEVAS**<br>**COURTROOM 3, 2ND FLOOR** |
|---|---|
| | DATE AND TIME<br>**MONDAY**<br>**NOVEMBER 15, 2004, 9:30 AM** |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]*<br>**ATTORNEY FOR DEFENDANTS** | DATE<br><br>**NOVEMBER 2, 2004** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LATASHA GARRISON, ESQ.
(904) 359-2000 Telephone, (904) 359-8700 Facsimile

FOLEY & LARDNER, LLP
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

004.452034.1

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

004.452034.1

**FOLEY & LARDNER LLP**  
ONE INDEPENDENT DRIVE, SUITE 1300  
JACKSONVILLE, FL 32202-5017  
(904) 359-2000

WACHOVIA  
63-2/630

24029

09/23/2004

PAY TO THE ORDER OF   RICHARD CUSHING                                                                            **93.00  $

Ninety-Three and 00/100*********************************************************************************** DOLLARS

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00  
VOID AFTER 180 DAYS

MEMO   43821.126  
RHAR/52 WITNESS FEE

⑈024029⑈ ⑆063000021⑆ 211500 2203798⑈

---

**FOLEY & LARDNER LLP**  
   RICHARD CUSHING                                                      09/23/2004      **24029**  
   43821.126 KEH                 RHAR/52 WITNESS FEE                                                     93.00

FUNB PETTY CASH     RHAR/52 WITNESS FEE                                                         93.00

---

**FOLEY & LARDNER LLP**  
   RICHARD CUSHING                                                      09/23/2004      **24029**  
   43821.126 KEH                 RHAR/52 WITNESS FEE                                                     93.00

FUNB PETTY CASH     RHAR/52 WITNESS FEE                                                        93.00

LR2206ALN2    BLUMBERG EXCELSIOR 800-327-9220                                                       PRINTED IN U.S.A.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA JABREN,

v.

JOHNSON CONTROLS, INC.,

SUBPOENA IN A CIVIL CASE

CASE NO: 02-CV-100

TO: JAMES NELSON
16 SUNRISE DRIVE
GLASTONBURY, CT 06033

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT 915 LAFAYETTE BOULEVARD BRIDGEPORT, CT 06604 | JUDGE ALAN H. NEVAS COURTROOM 3, 2ND FLOOR |
| | DATE AND TIME |
| | MONDAY NOVEMBER 15, 2004, 9:30 AM |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR DEFENDANTS | NOVEMBER 2, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LATASHA GARRISON, ESQ.
(904) 359-2000 Telephone, (904) 359-8700 Facsimile

FOLEY & LARDNER, LLP
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

004.452034.1

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
　　　　　　　　　　DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

004.452034.1

**FOLEY & LARDNER LLP**
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
(904) 359-2000

WACHOVIA
63-2/630

24026

09/23/2004

PAY TO THE ORDER OF    JAMES NELSON    **93.00
$

Ninety-Three and 00/100******************************************************************************************** DOLLARS

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00
VOID AFTER 180 DAYS

MEMO    43821.126    RHAR/52 WITNESS FEE

⑈024026⑈ ⑆063000021⑆ 21150022037798⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

FOLEY & LARDNER LLP    09/23/2004    24026
JAMES NELSON                         93.00
43821.126 KEH    RHAR/52 WITNESS FEE

FUNB PETTY CASH    RHAR/52 WITNESS FEE    93.00

FOLEY & LARDNER LLP    09/23/2004    24026
JAMES NELSON                         93.00
43821.126 KEH    RHAR/52 WITNESS FEE

FUNB PETTY CASH    RHAR/52 WITNESS FEE    93.00

PRINTED IN U.S
LR2206ALN2    BLUMBERG EXCELSIOR 800-327-9220

## Issued by the
## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA JABREN,

v.

JOHNSON CONTROLS, INC.,

SUBPOENA IN A CIVIL CASE

CASE NO: 02-CV-100

TO: MIKE SCHELLER
C/O TASOS PAINDIRIS, ESQ.
JACKSON & LEWIS
55 FARMINGTON STREET, SUITE 1200
HARTFORD, CT 06105

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT 915 LAFAYETTE BOULEVARD BRIDGEPORT, CT 06604 | JUDGE ALAN H. NEVAS COURTROOM 3, 2ND FLOOR |
| | DATE AND TIME |
| | MONDAY NOVEMBER 15, 2004, 9:30 AM |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR DEFENDANTS | OCTOBER 27, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LATASHA GARRISON, ESQ.
(904) 359-2000 Telephone, (904) 359-8700 Facsimile

FOLEY & LARDNER, LLP
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

004.453519.1

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                DATE                                            SIGNATURE OF SERVER

                                                                          ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

    (2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

        (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

        (iv) subjects a person to undue burden.

    (B) If a subpoena

        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**FOLEY & LARDNER LLP**
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
(904) 359-2000

WACHOVIA
63-2/630

24036

09/23/2004

PAY TO THE ORDER OF   MIKE SCHELLER                                              **93.00

Ninety-Three and 00/100************************************************************************************
DOLLARS

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00
VOID AFTER 180 DAYS

MEMO   43821.126   RHAR/52 WITNESS FEE

⑆024036⑆ ⑈063000021⑈ 211500 2203798⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK

**FOLEY & LARDNER LLP**
MIKE SCHELLER                                            09/23/2004              24036
43821.126 KEH           RHAR/52 WITNESS FEE                                      93.00

FUNB PETTY CASH    RHAR/52 WITNESS FEE                                           93.00

**FOLEY & LARDNER LLP**
MIKE SCHELLER                                            09/23/2004              24036
43821.126 KEH           RHAR/52 WITNESS FEE                                      93.00

FUNB PETTY CASH    RHAR/52 WITNESS FEE                                           93.00

LR2206ALN2    BLUMBERG EXCELSIOR 800-327-9220                           PRINTED IN U.S.A

Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA JABREN,

SUBPOENA IN A CIVIL CASE

V.

CASE NO: 02-CV-100

JOHNSON CONTROLS, INC.,

TO: DAWN VERNIERI
245 BOSTON POST ROAD, APT A
EAST LYME, CT 06333

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT<br>915 LAFAYETTE BOULEVARD<br>BRIDGEPORT, CT 06604 | COURTROOM<br>JUDGE ALAN H. NEVAS<br>COURTROOM 3, 2ND FLOOR |
|---|---|
| | DATE AND TIME<br>MONDAY<br>NOVEMBER 15, 2004, 9:30 AM |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>ATTORNEY FOR DEFENDANTS | DATE<br><br>NOVEMBER 2, 2004 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LATASHA GARRISON, ESQ.
(904) 359-2000 Telephone, (904) 359-8700 Facsimile

FOLEY & LARDNER, LLP
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

004.452034.1

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                              DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

004.452034.1

**FOLEY & LARDNER LLP**
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
(904) 359-2000

WACHOVIA
63-2/630

24025

09/23/2004

PAY TO THE ORDER OF  DAWN VERNIERI  **93.00

Ninety-Three and 00/100***************************************************************

DOLLARS

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00
VOID AFTER 180 DAYS

MEMO   43821.126   RHAR/52 WITNESS FEE

⑈024025⑈ ⑆063000021⑆ 211500 2203798⑈

---

**FOLEY & LARDNER LLP**
DAWN VERNIERI                                                                09/23/2004         24025
43821.126 KEH            RHAR/52 WITNESS FEE                                                     93.00




FUNB PETTY CASH     RHAR/52 WITNESS FEE                                                          93.00


**FOLEY & LARDNER LLP**
DAWN VERNIERI                                                                09/23/2004         24025
43821.126 KEH            RHAR/52 WITNESS FEE                                                     93.00




FUNB PETTY CASH     RHAR/52 WITNESS FEE                                                          93.00

## Issued by the
## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA JABREN,

v.

JOHNSON CONTROLS, INC.,

SUBPOENA IN A CIVIL CASE

CASE NO: 02-CV-100

TO: BRIAN WRIGHT
C/O TASOS PAINDIRIS, ESQ.
JACKSON & LEWIS
55 FARMINGTON STREET, SUITE 1200
HARTFORD, CT 06105

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT 915 LAFAYETTE BOULEVARD BRIDGEPORT, CT 06604 | JUDGE ALAN H. NEVAS COURTROOM 3, 2ND FLOOR |
| | DATE AND TIME |
| | MONDAY NOVEMBER 15, 2004, 9:30 AM |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* ATTORNEY FOR DEFENDANTS | OCTOBER 27, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

LATASHA GARRISON, ESQ.
(904) 359-2000 Telephone, (904) 359-8700 Facsimile

FOLEY & LARDNER, LLP
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

004.453514.1

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
| SERVED | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

004.453514.1

**FOLEY & LARDNER LLP**
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
(904) 359-2000

WACHOVIA
63-2/630

24024

09/23/2004

PAY TO THE ORDER OF: BRIAN WRIGHT       **93.00

Ninety-Three and 00/100************************************************************************************ DOLLARS

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00
VOID AFTER 180 DAYS

MEMO: 43821.126  RHAR/52 WITNESS FEE

⑈024024⑈ ⑆063000021⑆ 211500 2203798⑈

---

**FOLEY & LARDNER LLP**
BRIAN WRIGHT                              09/23/2004        24024
43821.126 KEH      RHAR/52 WITNESS FEE                     93.00

FUNB PETTY CASH   RHAR/52 WITNESS FEE                      93.00

**FOLEY & LARDNER LLP**
BRIAN WRIGHT                              09/23/2004        24024
43821.126 KEH      RHAR/52 WITNESS FEE                     93.00

FUNB PETTY CASH   RHAR/52 WITNESS FEE                      93.00

LR2206ALN2   BLUMBERG EXCELSIOR 800-327-9220               PRINTED IN U.S.A.